1  DANIEL J. BERGESON, State Bar No. 105439
   MELINDA M. MORTON, State Bar No. 209373
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
4  Facsimile:   (408) 297-6000

5  MARK C. HANSEN
   J.C. ROZENDAAL
6  KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC
   Sumner Square
7  1615 M Street, NW, Suite 400
   Washington, DC 20036
8  Telephone:  (202) 326-7900
   Facsimile:   (202) 326-7999
9
   Attorneys for Plaintiffs

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13

14  OKI AMERICA, INC., OKI ELECTRIC
    INDUSTRY CO., LTD., OKI DATA
15  CORPORATION, OKI DATA AMERICAS,
    INC., and OKI TELECOM, INC.,

16                              Plaintiffs,

                                              Civil Action No.  C04 03171 (CRB)
17        vs.
                                              **STIPULATION TO ENLARGE CLAIM**
18  ADVANCED MICRO DEVICES, INC.,             **CONSTRUCTION BRIEFING SCHEDULE**

19                              Defendant.

20  ─────────────────────────────────
    ADVANCED MICRO DEVICES, INC.,
21
                                Counterclaimant,
22
          vs.
23
    OKI AMERICA, INC., OKI ELECTRIC
24  INDUSTRY CO., LTD., OKI DATA
    CORPORATION, OKI DATA AMERICAS,
25  INC., and OKI TELECOM, INC.,

26                              Counterdefendants.

27

28

---

STIPULATION TO ENLARGE CLAIM CONSTRUCTION BRIEFING SCHEDULE.
Case No.: C04-03171-CRB

1  WHEREAS, the opening Claim Construction briefs are currently due on August 5, 2005;
2  and

3  WHEREAS, the responsive Claim Construction briefs are currently due on August 19,
4  2005; and

5  WHEREAS, the reply Claim Construction briefs are currently due on August 26, 2005;
6  and

7  WHEREAS, the Claim Construction hearing is set for October 6, 2005; and

8  WHEREAS, there is good cause to enlarge the time allowed for Claim Construction
9  briefing as there are numerous patents involved in this action; the parties need additional time to
10  complete discovery concerning Claim Construction; and the briefing schedule can be altered
11  without affecting the hearing date or other dates in the scheduling order:

12  IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Oki America, Inc.; Oki
13  Electric Industry Co., Ltd.; Oki Data Corporation; Oki Data Americas, Inc.; and Oki Telecom, Inc.
14  (collectively, "Oki"), on the one hand, and defendant Advanced Micro Devices, Inc. ("AMD"), on
15  the other hand, that pursuant to Federal Rule of Civil Procedure 6(b) and subject to the approval of
16  the Court:

17  1. The parties may file opening Claim Construction briefs on or before August 18,
18  2005.

19  2. The parties may file responsive Claim Construction briefs on or before September
20  2, 2005.

21  ///
22  ///
23  ///
24  ///

- 1 -
STIPULATION TO ENLARGE CLAIM CONSTRUCTION BRIEFING SCHEDULE.
Case No.: C04-03171-CRB

3. The parties may file reply Claim Construction briefs on or before September 16, 2005.

Dated: July __ 2005

BERGESON, LLP

By: ___/s/_____

Melinda M. Morton
Attorneys for Plaintiff
Oki America, Inc., et al.

VINSON & ELKINS L.L.P.

By: ___/s/_____

Adam V. Floyd
Attorneys for Defendant and Counterclaimant
Advanced Micro Devices, Inc.

**IT IS SO ORDERED.**

Dated: _____, 2005

July 27, 2005

_____
Judge Charles R. Breyer
District Court Judge

*APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California*

- 2 -
STIPULATION TO ENLARGE CLAIM CONSTRUCTION BRIEFING SCHEDULE.
Case No.: C04-03171-CRB