IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI AMERICA, INC., et al., | No. C 04-03171 CRB |
| Plaintiffs, | **ORDER RE: BRIEFING SCHEDULE AND HEARING DATES** |
| v. | |
| ADVANCED MICRO DEVICES, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

    Now pending before the Court is the parties' stipulation to extend the claim construction briefing dates. The tutorial and claim construction hearing are continued to November 15 at 2:00 p.m. and November 17 at 2:00 p.m. respectively. The opening Claim Construction briefs shall be filed on or before September 16, the responsive briefs on or before September 30, and the reply briefs on or before October 14, 2005.

    **IT IS SO ORDERED.**

Dated: August 8, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3171\orderrehearing.wpd