1  DANIEL J. BERGESON, State Bar No. 105439
   MELINDA M. MORTON, State Bar No. 209373
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
4  Facsimile: (408) 297-6000

5  MARK C. HANSEN
   J.C. ROZENDAAL
6  KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC
   Sumner Square
7  1615 M Street, NW, Suite 400
   Washington, DC 20036
8  Telephone: (202) 326-7900
   Facsimile: (202) 326-7999
9
   Attorneys for Plaintiffs
10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13
   OKI AMERICA, INC., OKI ELECTRIC
14 INDUSTRY CO., LTD., OKI DATA
   CORPORATION, OKI DATA AMERICAS,
15 INC., and OKI TELECOM, INC.,

16                      Plaintiffs,
                                              Civil Action No. C04 03171 (CRB)
17      vs.
                                              **JOINT MISCELLANEOUS**
18 ADVANCED MICRO DEVICES, INC.,              **ADMINISTRATIVE REQUEST SEEKING**
                                              **PERMISSION TO BRING PROJECTION**
19                      Defendant.            **TECHNOLOGY INTO THE COURT**

20
   ADVANCED MICRO DEVICES, INC.,
21
                        Counterclaimant,
22
        vs.
23
   OKI AMERICA, INC., OKI ELECTRIC
24 INDUSTRY CO., LTD., OKI DATA
   CORPORATION, OKI DATA AMERICAS,
25 INC., and OKI TELECOM, INC.,

26                      Counterdefendants.

27

28

**JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING
PROJECTION TECHNOLOGY INTO THE COURT**
Case No.: C04-03171-CRB

1  Counsel for Plaintiffs Oki America, Inc.; Oki Electric Industry Co., Ltd.; Oki Data
2  Corporation; Oki Data Americas, Inc.; and Oki Telecom, Inc. (collectively, "Oki") and Defendant
3  Advanced Micro Devices, Inc. ("AMD") hereby request the Court's permission to bring
4  equipment to the Federal Courthouse for use in presenting exhibits and evidence during the
5  technology tutorial on Tuesday, October 4, 2005 and the claim construction hearing on Thursday,
6  October 6, 2005 in the courtroom of the Honorable Charles R. Breyer, Courtroom 8, 19th Floor.
7  Oki's counsel has agreed to bring projection equipment for the parties to share.  Both parties
8  intend to bring laptop computers for connection to the projection equipment.  The parties therefore
9  seek leave of the Court to bring laptop computers, an electronic projector, a projection screen, two
10  easels for presentation of posters, and the necessary cables to connect the above equipment into
11  the courtouse on Tuesday, ~~October 4,~~ Nov. 15, 2005 and Thursday, ~~October 6,~~ Nov. 17, 2005.

12  Dated: August, ____ 2005          BERGESON, LLP

14                                     By:  /s/
15                                         Melinda M. Morton
                                           Attorneys for Plaintiff
16                                         Oki America, Inc., et al.

19                                     VINSON & ELKINS L.L.P.

21                                     By:  /s/
22                                         David E. Killough
                                           Attorneys for Defendant and Counterclaimant
                                           Advanced Micro Devices, Inc.

24  **IT IS SO ORDERED.**

26  Dated: August  08 , 2005           By: _____
27                                         Judge Charles R. Breyer
                                           District Court Judge

**APPROVED** — Judge Charles R. Breyer

- 1 -
**JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING PROJECTION TECHNOLOGY INTO THE COURT**
Case No.: C04-03171-CRB