1  DANIEL J. BERGESON, State Bar No. 105439
   MELINDA M. MORTON, State Bar No. 209373
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
4  Facsimile:   (408) 297-6000

5  MARK C. HANSEN
   J.C. ROZENDAAL
6  KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC
   Sumner Square
7  1615 M Street, NW, Suite 400
   Washington, DC 20036
8  Telephone:  (202) 326-7900
   Facsimile:   (202) 326-7999
9
   Attorneys for Plaintiffs
10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, OKI DATA AMERICAS, INC., and OKI TELECOM, INC.,<br><br>                              Plaintiffs,<br><br>   vs.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>                              Defendant. | Civil Action No.  C04 03171 (CRB)<br><br>**STIPULATION TO EXTEND PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING** |
| ADVANCED MICRO DEVICES, INC.,<br><br>                              Counterclaimant,<br><br>   vs.<br><br>OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, OKI DATA AMERICAS, INC., and OKI TELECOM, INC.,<br><br>                              Counterdefendants. | |

1  WHEREAS, pursuant to the Court's Standing Orders, the length of memoranda of points
2  and authorities is limited to 15 pages; and
3  WHEREAS, there is good cause for an extension of page limits for claim construction
4  briefing as there are 8 claim terms to be construed in 7 different patents,
5  IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Oki America, Inc.; Oki
6  Electric Industry Co., Ltd.; Oki Data Corporation; Oki Data Americas, Inc.; and Oki Telecom, Inc.
7  (collectively, "Oki"), on the one hand, and defendant Advanced Micro Devices, Inc. ("AMD"), on
8  the other hand, that pursuant to Local Rule 7-4 (b) and subject to the approval of the Court:
9  1.  The parties may file opening Claim Construction briefs (currently due September
10 16, 2005) not to exceed 30 pages in length.
11 2.  The parties may file responsive Claim Construction briefs (currently due
12 September 30, 2005) not to exceed 30 pages in length.

13 Dated: September 9, 2005                BERGESON, LLP

15                                         By:  /s/
16                                              Melinda M. Morton
                                                Attorneys for Plaintiff
17                                              Oki America, Inc., et al.

18                                         VINSON & ELKINS L.L.P.
19
                                           By:  /s/
20
                                                Adam V. Floyd
21                                              Attorneys for Defendant and Counterclaimant
                                                Advanced Micro Devices, Inc.
22

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
23

24
   Dated: September  09 , 2005             By: _____
25
                                                Judge Charles R. Breyer
26                                              District Court Judge

*APPROVED — Judge Charles R. Breyer (United States District Court, Northern District of California)*

- 1 -
STIPULATION TO EXTEND PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING.
Case No.: C04-03171-CRB