**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI AMERICA, INC., et al., | No. C 04-03171 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| ADVANCED MICRO DEVICES, INC., | |
| Defendant. | |

Now pending before the Court is defendant's motion for reconsideration of the Court's order permitting plaintiff to file a translation of a document. Defendant's motion is denied without prejudice. The claim construction briefing has closed and plaintiff has not asked the Court for permission to file a supplemental submission regarding the translation; accordingly, it does not appear that the translation will be at issue on claim construction. If the translation becomes at issue, the Court will give defendant the opportunity to respond in writing.

**IT IS SO ORDERED.**

Dated: Nov. 22, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3171\orderrereconsideration.wpd