VINSON & ELKINS L.L.P.
WILLEM G. SCHUURMAN (admitted *pro hac vice*)
DAVID E. KILLOUGH (State Bar No. 110719)
DAVID P. BLANKE (admitted *pro hac vice*)
ADAM V. FLOYD (admitted *pro hac vice*)
CHRISTOPHER V. RYAN (admitted *pro hac vice*)
GENTRY C. MCLEAN (admitted *pro hac vice*)
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX  78746
Tel: (512) 542-8428
Fax: (512) 236-3253

Attorneys for Advanced Micro Devices, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **OKI AMERICA, INC., ET AL.,**<br><br>　　　　　　**PLAINTIFF,**<br><br>vs.<br><br>**ADVANCED MICRO DEVICES, INC.,**<br><br>　　　　　　**DEFENDANT.** | C04-03171-CRB<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO SUPPLEMENTAL SUBMISSION** |
| **ADVANCED MICRO DEVICES, INC.,**<br><br>　　　　　　**COUNTERCLAIMANT,**<br><br>vs.<br><br>**OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,**<br><br>　　　　　　**COUNTER-DEFENDANTS.** | |

　　　　Pursuant to Civil Local Rule 6-2, the parties stipulate to a request to extend by seven days the time for AMD's response to Oki's Supplemental Submission Regarding New

Material Relevant to Claim Construction. The Court's Order of December 12, 2005 set the time for response to 21 days from that date.

As described in the accompanying Declaration, the reason for the request is that AMD's response to Oki's supplemental submission will require translation of parts of the prosecution history of the Japanese '345 patent. Because the upcoming holidays may delay this translation, the parties stipulate to a request for a 7-day extension. This extension will not otherwise affect the schedule of the case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:   December 22, 2005          **VINSON & ELKINS L.L.P.**

By:   /s/
      Adam V. Floyd
      Attorneys for Advanced Micro Devices, Inc.

Dated:   December 22, 2005          **KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC**

By:   /s/ (with permission)
      J.C. Rozendaal
      Attorneys for Oki America, Inc., Oki Data Americas, Inc., Oki Electric Industry Co., Ltd., and Oki Data Corporation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 03, 2006

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Charles R. Breyer