DANIEL J. BERGESON, State Bar No. 105439, dbergeson@be-law.com
DONALD P. GAGLIARD, State Bar No. 138979, dgagliardi@be-law.com
MELINDA M. MORTON, State Bar No. 209373, mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN
J.C. ROZENDAAL
KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiffs
OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD.,
OKI DATA CORPORATION, OKI DATA AMERICAS, INC.,
and OKI TELECOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, OKI DATA AMERICAS, INC., and OKI TELECOM, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>Defendant. | Civil Action No. C04-03171-CRB<br><br>**PLAINTIFFS' STIPULATED ADMINISTRATIVE MOTION TO REMOVE AND [proposed] ORDER REMOVING AN INCORRECTLY FILED DOCUMENT -- DOCKET ITEM # 138** |

1  Plaintiffs Oki America, Inc., Oki Electric Industry Co., Ltd., Oki Data Corporation, Oki
2  Data Americas, Inc. and Oki Telecom, Inc. respectfully move pursuant to Civil L.R. 7-11 for an
3  order removing an incorrectly filed document, Docket Item #138, in the above-captioned action.
4  Docket Item #138 was inadvertently e-filed on Friday, December 23, 2005 by local
5  counsel for plaintiffs. Although the docket sheet correctly identifies the document intended to be
6  filed, the Declaration of J.C. Rozendaal Authenticating Exhibits in Support of Renewed Motion
7  for Permission to Submit Portion of AMD Mediation Statement to Japanese Court, nevertheless
8  the actual e-filed document was not as described. The inadvertent error was discovered and
9  corrected the following court day, Tuesday, December 27, 2005, through the filing of Docket Item
10 #142, the actual Declaration of J.C. Rozendaal Authenticating Exhibits in Support of Renewed
11 Motion for Permission to Submit Portion of AMD Mediation Statement to Japanese Court.
12 Docket Item #138 has been at least temporarily locked from further viewing; however a Court
13 order is required to strike the inadvertent filing.
14 Counsel for defendant Advanced Micro Devices, Inc. stipulates to such relief.

15 Dated: December 29, 2005          KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC
16                                    BERGESON, LLP
17                                    By:_____/s/_____
18                                    Attorneys for Plaintiffs
                                      OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO.,
19                                    LTD., OKI DATA CORPORATION, OKI DATA
                                      AMERICAS, INC., and OKI TELECOM, INC.
20

21 SO STIPULATED.
22
23 Dated: December 29, 2005          VINSON & ELKINS
24                                    By:_____/s/_____
25                                    Attorneys for Defendant
                                      ADVANCED MICRO DEVICES, INC.
26
27
28

1  Based on the foregoing stipulated administrative motion, and good cause appearing,

2  IT IS HEREBY ORDERED that Docket Item #138 in the above-captioned action shall be stricken

3  from the Court record as inadvertently filed.

5  SO ORDERED.

6

7  Dated: _____January 3_____, 2006   _____

8  UNITED STATES DISTRICT JUDGE

APPROVED
Judge Charles R. Breyer