1  DANIEL J. BERGESON, State Bar No. 105439
   MELINDA M. MORTON, State Bar No. 209373
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
4  Facsimile:   (408) 297-6000

5  MARK C. HANSEN, *pro hac vice*
   J.C. ROZENDAAL, *pro hac vice*
6  KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC
   Sumner Square
7  1615 M Street, NW, Suite 400
   Washington, DC 20036
8  Telephone:  (202) 326-7900
   Facsimile:   (202) 326-7999

10 Attorneys for Plaintiffs

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

| | |
|---|---|
| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, OKI DATA AMERICAS, INC., and OKI TELECOM, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>Defendant. | Civil Action No. C04-03171-CRB<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DOCUMENT 128, FILED DECEMBER 21, 2005) AND REQUEST FOR RETRIEVAL OF DOCUMENTS**<br><br>The Honorable Charles R. Breyer<br><br>Complaint Filed: August 3, 2004 |

### NOTICE OF WITHDRAWAL AND REQUEST FOR RETRIEVAL

PLEASE TAKE NOTICE that pursuant to Local Rule 7-7(e), Oki hereby withdraws the following: Plaintiff's Administrative Motion For Leave to File Under Seal (Document 128, filed 12/21/2005). Because AMD has objected to the filing of AMD's Mediation Statement with the Court, Oki withdraws its motion in order to avoid burdening the Court with an ancillary dispute about the propriety of submitting the document. Oki stands ready to submit the Mediation Statement (or portions thereof) upon the Court's request.

Oki further requests, subject to the approval of the Court, that Oki's counsel be permitted to retrieve from the Court all copies of the Mediation Statement that were lodged together with the motion (Document 128).

Respectfully submitted.

Dated:  December 23, 2005

/s/ J.C. Rozendaal
Attorneys for Plaintiffs
OKI AMERICA, INC. *et al.*

KELLOGG, HUBER, HANSEN,
  TODD & EVANS, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036

### ORDER PERMITTING RETRIEVAL

Good cause having been shown, Oki's counsel are hereby permitted to retrieve from the Court all copies of the AMD Mediation Statement that have been lodged with the Court.

**SO ORDERED**

Dated:  January 3, 2006

[APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California]

- 2 -
NOTICE OF WITHDRAWAL OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CV 04-03171 (CRB)