1  DANIEL J. BERGESON, State Bar No. 105439
   MELINDA M. MORTON, State Bar No. 209373
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
4  Facsimile: (408) 297-6000
5
   MARK C. HANSEN
6  J.C. ROZENDAAL
   KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
7  Sumner Square
   1615 M Street, NW, Suite 400
8  Washington, DC 20036
   Telephone: (202) 326-7900
9  Facsimile: (202) 326-7999
10
   Attorneys for Plaintiffs
11
                            UNITED STATES DISTRICT COURT
12
                           NORTHERN DISTRICT OF CALIFORNIA
13
                                 SAN FRANCISCO DIVISION
14

15 | OKI AMERICA, INC., OKI ELECTRIC
   | INDUSTRY CO., LTD., OKI DATA
16 | CORPORATION, and OKI DATA
   | AMERICAS, INC.,
17 |                      Plaintiffs,
   |                                              Civil Action No. C 04 03171 (CRB)
18 | vs.
   |                                              [~~PROPOSED~~] ORDER ENDORSING
19 | ADVANCED MICRO DEVICES, INC.,                STIPULATION OF THE PARTIES
20 |                      Defendants
21 | ADVANCED MICRO DEVICES, INC.,
22 |                      Counterclaimant,
23 | vs.
24 | OKI AMERICA, INC., OKI ELECTRIC
   | INDUSTRY CO., LTD., OKI DATA
25 | CORPORATION, and OKI DATA
   | AMERICAS, INC.,
26 |
27 |                      Counterdefendants.
28

       Before the Court is Oki's and AMD's stipulation to supplement the record with an up-

                [PROPOSED] ORDER ENDORSING STIPULATION OF THE PARTIES
                                Case No. C 04 03171 (CRB)

1  dated joint claim construction statement.

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated_ Jan. 19 ___, 2006

_____

Judge, United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*