1  DANIEL J. BERGESON, State Bar No. 105439
   MELINDA M. MORTON, State Bar No. 209373
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
4  Facsimile: (408) 297-6000

5  MARK C. HANSEN
   J.C. ROZENDAAL
6  KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC
   Sumner Square
7  1615 M Street, NW, Suite 400
   Washington, DC 20036
8  Telephone: (202) 326-7900
   Facsimile: (202) 326-7999
9

10 Attorneys for Plaintiffs

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 OKI AMERICA, INC., OKI ELECTRIC
   INDUSTRY CO., LTD., OKI DATA
15 CORPORATION, OKI DATA AMERICAS,
   INC., and OKI TELECOM, INC.,

16                              Plaintiffs,

                                              Civil Action No. C04 03171 (CRB)
17    vs.
                                              **JOINT MISCELLANEOUS**
18 ADVANCED MICRO DEVICES, INC.,              **ADMINISTRATIVE REQUEST SEEKING**
                                              **PERMISSION TO BRING PROJECTION**
19                              Defendant.    **TECHNOLOGY INTO THE COURT**

20
   ADVANCED MICRO DEVICES, INC.,
21
                              Counterclaimant,
22
      vs.
23
   OKI AMERICA, INC., OKI ELECTRIC
24 INDUSTRY CO., LTD., OKI DATA
   CORPORATION, OKI DATA AMERICAS,
25 INC., and OKI TELECOM, INC.,

26                           Counterdefendants.

27

28

JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING
PROJECTION TECHNOLOGY INTO THE COURT
Case No.: C04-03171-CRB

1  Counsel for Plaintiffs Oki America, Inc.; Oki Electric Industry Co., Ltd.; Oki Data
2  Corporation; Oki Data Americas, Inc.; and Oki Telecom, Inc. (collectively, "Oki") and Defendant
3  Advanced Micro Devices, Inc. ("AMD") hereby request the Court's permission to bring
4  equipment to the Federal Courthouse for use in presenting exhibits and evidence during the
5  technology tutorial on Tuesday, January 31, 2006 and the claim construction hearing on Thursday,
6  February 2, 2006 in the courtroom of the Honorable Charles R. Breyer, Courtroom 8, 19th Floor.
7  Oki's counsel has agreed to bring projection equipment for the parties to share.  Both parties
8  intend to bring laptop computers for connection to the projection equipment.  The parties therefore
9  seek leave of the Court to bring laptop computers, an electronic projector, a projection screen, two
10 easels for presentation of posters, and the necessary cables to connect the above equipment into
11 the courthouse on Tuesday, January 31, 2006 and Thursday, February 2, 2006.

12 Dated:  January 24, 2006        BERGESON, LLP

                                  By:  /s/
                                      Melinda M. Morton
                                      Attorneys for Plaintiff
                                      Oki America, Inc., et al.


                                  VINSON & ELKINS L.L.P.


                                  By:  /s/
                                      Christopher V. Ryan
                                      Attorneys for Defendant and Counterclaimant
                                      Advanced Micro Devices, Inc.

**IT IS SO ORDERED.**


Dated:  January 25, 2006         By: _____
                                     Judge
                                     District

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" Judge Charles R. Breyer]

- 1 -

JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING
PROJECTION TECHNOLOGY INTO THE COURT
Case No.: C04-03171-CRB