IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI AMERICA, INC. et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>  Defendant. | No. C 04-03171 CRB<br><br>**ORDER RE: MARKMAN HEARING** |

The Court has reviewed the parties' Markman briefs in anticipation of the hearing scheduled for 2:00 p.m. on Thursday, February 2, 2006. The parties are directed to respond to the following questions at the hearing. Although the questions are directed to a particular party, the opposing party will also have an opportunity to respond.

**'678 Patent: Claim 5: "whereby the meniscus . . . onto said substrate surface"**

1. AMD: *In order for the meniscus to form, how close must the nozzle be to the spinning surface of the substrate? Could a meniscus form between the nozzle and the spinning surface of the substrate regardless of the distance between the two?*

**'672 Patent: Claim 55: "multiplexing . . . second bus"**

2. Oki: The patent at column 30, lines 14-15, states that "[i]ncoming data is multiplexed, via MUX 803 into the 64 word queue, 804, for the channel." *Does the multiplexing to which this statement refers require interleaving? How does your answer*

1  *impact your contention that the word multiplexing, as used in Claim 55, requires*
2  *interleaving?*
3         3.    <u>AMD</u>: *If the address signals and the data signals are not interleaved, what*
4  *process in the invention would constitute multiplexing?*
5         4.    <u>Both parties</u>: *Respond to the following proposed construction of "multiplexing*
6  *address signals being transferred to said second bus by said access means and said*
7  *controller means, together with data signals being transferred to said second bus."* "Said
8  access means and said controller means are transferring address and data signals to the
9  second bus.  In this step, those address and data signals are combined for transmission over
10 the second bus."
11        The <u>Markman</u> hearing will be limited to the above terms.
12        **IT IS SO ORDERED.**

Dated:  January 31, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE