IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI AMERICA, INC., et al., | No. C 04-03171 CRB |
|     Plaintiff, | **ORDER** |
|     v. | |
| ADVANCED MICRO DEVICES, INC., | |
|     Defendant. | |
| And related counterclaims | |

    Now pending before the Court is Advanced Micro Devices, Inc.'s motion to amend the protective order to permit discovery in this action to be used in a related action in Japan. After carefully considering the papers filed by the parties, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and in the exercise of its discretion DENIES the motion. The Court also notes that the proceedings before Judge Brazil are confidential; the parties shall not advise this Court of the status or conclusion of that matter.

    **IT IS SO ORDERED.**

Dated: February 6, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3171\orderreprotectiveorder.wpd