VINSON & ELKINS L.L.P.
WILLEM G. SCHUURMAN (admitted *pro hac vice*)
DAVID E. KILLOUGH (State Bar No. 110719)
DAVID P. BLANKE (admitted *pro hac vice*)
ADAM V. FLOYD (admitted *pro hac vice*)
CHRISTOPHER V. RYAN (admitted *pro hac vice*)
GENTRY C. MCLEAN (admitted *pro hac vice*)
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX  78746
Tel: (512) 542-8428
Fax: (512) 236-3253

RONALD A. JOHNSTONE (State Bar No. 203483)
ADVANCED MICRO DEVICES, INC.
AMD Law Department
One AMD Place
1160 Kern Avenue M/S 68
Sunnyvale, California  94086
Tel:  (408) 749-3756
Fax: (408) 774-7002

Attorneys for Advanced Micro Devices, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| OKI AMERICA, INC., ET AL., <br><br>                          PLAINTIFF, <br><br>   VS. <br><br> ADVANCED MICRO DEVICES, INC., <br><br>                          DEFENDANT. <br><br> ADVANCED MICRO DEVICES, INC., <br><br>                          COUNTERCLAIMANT, <br><br>   VS. <br><br> OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC., <br><br>                          COUNTER-DEFENDANTS. | C04-03171-CRB <br><br> **JOINT STIPULATION TO ENLARGE TIME** <br><br> **DEMAND FOR JURY TRIAL** |

WHEREAS, the Final Infringement Contentions are currently due March 16, 2006; and

WHEREAS, the Final Invalidity Contentions are currently due April 5, 2006; and

WHEREAS, the deadline to produce opinions of counsel as part of a defense to a claim of willful infringement is currently due April 5, 2006.

As described in the accompanying Declaration, there is good cause to extend these deadlines as the parties are currently attempting to narrow the number of issues in the case and agree upon a proposed scheduling order. The extension of time will have no effect upon the schedule for this case.

IT IS HEREBY STIUPULATED AND AGREED by and between all parties that pursuant to Federal Rule of Civil Procedure 6(b) and subject to the approval of the Court:

1. The parties may file Final Infringement Contentions on or before May 1, 2006.

2. The parties may file Final Invalidity Contentions on or before May 27, 2006.

3. The parties may produce opinions of counsel they intend to rely upon as part of defense to a claim of willful infringement on or before May 27, 2006.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: March 16, 2006         VINSON & ELKINS, LLP

/s/
Adam V. Floyd

Attorneys for Advanced Micro Devices, Inc.


KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC

/s/
J. C. Rozendaal

Attorneys for Oki America., et al.

**IT IS SO ORDERED.**

Dated: __March 17, 2006____

Judge Charles R. Breyer
United States District Judge

# **PROOF OF SERVICE**

I am employed in Travis County Texas, I am over the age of 18 and not a party to the within action; my business address is 2801 Via Fortuna, Suite 100, Austin, Texas 78746.

On March 16, 2006, I served the foregoing document(s) described as

**JOINT STIPULATION TO EXTEND DEADLINES**

on the interested parties in this action, at the following addresses:

| | |
|---|---|
| Daniel J. Bergeson<br>Melinda M. Morton<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712 | Mark C. Hansen<br>J.C. Rozendaal<br>Patrick Curran<br>KELLOGG, HUBER, HANSEN, TODD &<br>EVANS, PLLC<br>Sumner Square<br>1615 M. Street, NW, Suite 400<br>Washington, DC 20036 |

( )   (For Collection). By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Austin, Texas, in the ordinary course of business.

( )   (Overnight Delivery). By placing a true copy(ies) thereof enclosed in a sealed envelope(s) or package(s) as designated by Federal Express, addressed as above, and depositing said envelope(s) or package(s), with delivery fees provided for, in a box regularly maintained by Federal Express at 2801 Via Fortuna, Suite 100, Austin, Texas 78746.

(**X**)   (Electronic Filing). In accordance with Section IX(B) of General Order No. 45 for cases designated in this Court for electronic case filing.

( )   (Courtesy copy via Facsimile). By transmitting a true copy(ies) thereof to each of the designated counsel on the service list to their facsimile numbers as listed above.

( )   (Personal Delivery). I caused to be served by messenger for personal delivery that same day the foregoing documents in a sealed envelope to the above persons at the address(es) listed above.

(X)   I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2006, at Austin, Texas.

/s/
_____
Dawn Crider

684531_1.DOC