VINSON & ELKINS L.L.P.
WILLEM G. SCHUURMAN (admitted *pro hac vice*)
DAVID E. KILLOUGH (State Bar No. 110719)
DAVID P. BLANKE (admitted *pro hac vice*)
ADAM V. FLOYD (admitted *pro hac vice*)
CHRISTOPHER V. RYAN (admitted *pro hac vice*)
GENTRY C. MCLEAN (admitted *pro hac vice*)
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX  78746
Tel: (512) 542-8428
Fax: (512) 236-3253

RONALD A. JOHNSTONE (State Bar No. 203483)
ADVANCED MICRO DEVICES, INC.
AMD Law Department
One AMD Place
1160 Kern Avenue M/S 68
Sunnyvale, California  94086
Tel:  (408) 749-3756
Fax: (408) 774-7002

Attorneys for Advanced Micro Devices, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| OKI AMERICA, INC., ET AL., <br><br> PLAINTIFF, <br><br> VS. <br><br> ADVANCED MICRO DEVICES, INC., <br><br> DEFENDANT. | C04-03171-CRB <br><br> **JOINT STIPULATION TO DISMISS PATENTS** <br><br> **DEMAND FOR JURY TRIAL** |
| ADVANCED MICRO DEVICES, INC., <br><br> COUNTERCLAIMANT, <br><br> VS. <br><br> OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC., <br><br> COUNTER-DEFENDANTS. | |

WHEREAS, On August 3, 2004, Oki America, Inc., Oki Electric Industry Co., Ltd., Oki Data Corporation, Oki Data Americas, Inc. and Oki Telecom, Inc. ("Oki") commenced this action against Advanced Micro Devices, Inc. ("AMD") for declaratory relief regarding the following AMD patents: U.S. Patent Nos. 4,518,678 (Allen); 4,737,830 (Patel); 4,884,123 (Dixit); 4,960,732 (Dixit); 4,962,483 (Lodhi) and 5,142,672 (Johnson).

WHEREAS, on August 6, 2004, AMD filed counterclaims against Oki alleging infringement of the following AMD patents: U.S. Patent Nos. 4,518,678 (Allen); 4,737,830 (Patel); 4,960,732 (Dixit); 4,962,483 (Lodhi) and 5,142,672 (Johnson).

WHEREAS, on September 14, 2004, Oki filed an amended complaint against AMD alleging infringement of the following Oki patents: U.S. Patent Nos. 5,338,986 (Kurimoto) and 6,759,747 (Harada); and on March 10, 2005, Oki was granted permission to file a second amended complaint against AMD additionally alleging infringement of the following Oki patents: U.S. Patent Nos. 5,739,571 (Kurachi); 5,856,694 (Kurachi); and 6,495,855 (Sawamura).

WHEREAS, in an effort to streamline the case, the parties have agreed to withdraw all causes of action, counterclaims and defenses relating to the following four patents:

  a. AMD's U.S. Patent No. 5,142,672 (Johnson);

  b. AMD's U.S. Patent No. 4,962,483 (Lodhi);

  c. Oki's U.S. Patent No. 5,338,986 (Kurimoto); and

  d. Oki's U.S. Patent No. 6,759,747 (Harada).

IT IS HEREBY STIUPULATED AND AGREED by and between all parties that all causes of action, counterclaims and defenses relating to the four patents listed above are hereby withdrawn without prejudice to either party.

1    IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

3    Dated: March 20, 2006          VINSON & ELKINS, LLP

                                    /s/
                                    Adam V. Floyd

                                    Attorneys for Advanced Micro Devices, Inc.


                                    KELLOGG, HUBER, HANSEN, TODD &
                                    EVANS, PLLC

                                    /s/
                                    J. C. Rozendaal

                                    Attorneys for Oki America., et al.


**IT IS SO ORDERED.**


Dated: __March 21, 2006_____

                                    Judge Charles R. Breyer
                                    United States District Judge

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" stamp signed by Judge Charles R. Breyer]*