DANIEL J. BERGESON, State Bar No. 105439
MELINDA M. MORTON, State Bar No. 209373
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN, *Pro hac vice*
J.C. ROZENDAAL, *Pro hac vice*
MICHAEL E. JOFFRE, *Pro hac vice*
KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, OKI DATA AMERICAS, INC., and OKI TELECOM, INC.,<br><br>      Plaintiffs,<br><br>vs.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>      Defendant.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>      Counterclaimant,<br><br>vs.<br><br>OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, OKI DATA AMERICAS, INC., and OKI TELECOM, INC.,<br><br>      Counterdefendants. | Civil Action No. C04 03171 (CRB)<br><br>**STIPULATION TO CLARIFY AND AMEND PRIOR STIPULATION TO ENLARGE TIME IN WHICH TO FILE FINAL CONTENTIONS** |

1  WHEREAS by stipulation dated March 16, 2006, the parties agreed to enlarge the time for
2  the service of Final Infringement Contentions and Final Invalidity Contentions in the above-
3  captioned action, which stipulation the Court approved on March 17, 2006 (see Document 181,
4  entered March 20, 2006); and

5  WHEREAS the Patent Local Rules require that such final contentions be served but do not
6  require that they be filed with the Court; and

7  WHEREAS the parties, by stipulating to change the due date for the contentions, did not
8  intend to alter the service and filing requirements of the Patent Local Rules – and, in particular,
9  did not intend to require that final contentions must be filed; and

10  WHEREAS by inadvertence the parties' prior stipulation stated that the parties "may file"
11  (rather than "may serve") Final Infringement Contentions on or before May 1, 2006, and Final
12  Invalidity Contentions on or before May 27, 2006; and

13  WHEREAS the parties wish to eliminate any ambiguity regarding whether such final
14  contentions must be filed with the Court:

15  IT IS HEREBY STIPULATED AND AGREED between all parties and subject to the
16  approval of the Court, that, in accordance with the Patent Local Rules and notwithstanding the
17  phrasing of the stipulated order referenced above (Document 181), the parties' Final Infringement
18  Contentions and Final Invalidity Contentions need not be filed with the Court.

Dated: May 1, 2006

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC

By: ___/s/_____

J.C. Rozendaal
Attorneys for Plaintiff and Counterdefendant
Oki America, Inc., et al.

VINSON & ELKINS L.L.P.

By: ___/s/_____

Christopher V. Ryan
Attorneys for Defendant and Counterclaimant
Advanced Micro Devices, Inc.

**IT IS SO ORDERED.**

Dated: May 5, 2006

By: _____

Charles R. Breyer
United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

- 3 -
STIPULATION TO CLARIFY AND AMEND PRIOR STIPULATION TO ENLARGE TIME TO FILE FINAL CONTENTIONS
Case No.: C04-03171-CRB