1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, State Bar No. 209373
   mmorton@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile:  (408) 297-6000

6  MARK C. HANSEN
   J. C. ROZENDAAL
7  KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
   Sumner Square
8  1615 M Street, NW, Suite 400
   Washington, DC 20036
9  Telephone: (202) 326-7900
   Facsimile:  (202) 326-7999

10

11 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, OKI DATA AMERICAS, INC., and OKI TELECOM, INC.,, | Case No. C04-03171 CRB |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL |
| vs. | |
| ADVANCED MICRO DEVICES, INC.,, | |
| Defendant. | |

1  Before the Court is Defendant's Administrative Motion for Leave to File Document Under
2  Seal, filed May 1, 2006. Upon consideration of this motion and the supporting declaration of
3  Melinda Morton, the Court finds there to be good cause for granting the parties' request to file
4  documents under seal.
5  GOOD CAUSE having been shown, the Court finds that:
6  (1) Plaintiffs possess overriding confidentiality interest that overcome
7  the right of public access to the record in Defendant's Disclosure of
8  Asserted Claims and Final Infringement Contentions;
9  (2) Plaintiffs' overriding confidentiality interest support sealing the record;
10 (3) A substantial probability exists that the Plaintiffs' overriding confidentiality
11 interest will be prejudiced if the record is not sealed;
12 (4) The proposed sealing is narrowly tailored; and
13 (5) No less restrictive means exist to achieve this overriding interest.
14 IT IS THEREFORE ORDERED that Defendant's Motion for Leave to File Document
15 Under Seal is GRANTED.

17 IT IS SO ORDERED.

19 Dated __May 5__, 2006                    _____
                                            IT IS SO ORDERED
                                            United States District Court
                                            Judge Charles R. Breyer