IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OKI AMERICA, INC. et al.,

    Plaintiffs,

    v.

ADVANCED MICRO DEVICES, INC.,

    Defendant.
_____/

and related counterclaims.
_____/

No. C 04-03171 CRB

**ORDER RE: SCHEDULE**

    Now pending before the Court is the parties' joint motion to set schedule. The parties have proposed competing schedules for the resolution of this action. After carefully considering the parties' proposals, and considering the age of this action, the Court adopts the schedule proposed by Advanced Micro Devices, Inc. through the deadline for <u>Daubert</u> motions as set forth on pages 2 and 3 of the parties' motion.

    The pretrial conference will be held at 2:30 p.m. on Tuesday, December 5, 2006. Trial will commence on Monday, December 11, 2006. The motions in limine and similar filings shall be made in accordance with the Court's standing pretrial procedures and requirements order.

    The Court also approves the parties' stipulation of 120 hours of deposition time per

1  side for fact depositions.

2  **IT IS SO ORDERED.**

3  Dated: May 13, 2006

4  _____
   CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE