DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, State Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN
mhansen@khhte.com
J.C. ROZENDAAL
jrozendaal@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, OKI DATA AMERICAS, INC., and OKI TELECOM, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>Defendant.<br><br>AND COUNTERCLAIMS, | Civil Action No. C 04-03171-CRB<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND [PROPOSED] ORDER** |

1  WHEREAS, on May 13, 2006, the Court entered an Order Re: Schedule setting forth the timetable with respect to discovery, dispositive motions and trial in this matter ("May 13 Order"). The May 13 Order set forth the following deadlines: (a) December 5, 2006 as the date for the Pretrial Conference; and (b) December 11, 2006 as the trial date;

WHEREAS, Oki's lead trial counsel Mark C. Hansen has an arbitration in San Antonio, Texas beginning on December 4, 2006 that is scheduled to last at least two weeks, and he is therefore unavailable for the set trial date and pretrial conference; and

WHEREAS, the Parties would like to avoid scheduling the trial over the December holidays; and

WHEREAS, the Parties believe it will be more efficient and in the interest of judicial economy to continue the trial and pre-trial conference in this matter;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the pretrial conference and trial date in this matter shall be continued until dates convenient for the Court in January 2006, or as soon thereafter as the Court's schedule permits.

Dated: May 30, 2006

BERGESON, LLP

By: _____/s/_____

MELINDA M. MORTON
Attorneys for Plaintiffs
OKI AMERICA, INC. *et al.*

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036

VINSON & ELKINS L.L.P.

By: _____/s/_____

CHRISTOPHER V. RYAN
Attorneys for Defendant and Counterclaimant
Advanced Micro Devices, Inc.

- 1 -
JOINT STIPULATION TO CONTINUE TRIAL AND [PROPOSED] ORDER          Case No.: C04-03171-CRB

1  **ORDER**

2  ~~PURSUANT TO STIPULATION, IT IS SO ORDERED that the trial date in this matter~~

3  ~~shall be continued until January __, 2006. The pretrial conference will be held on January __,~~

4  ~~2006 at 2:30 p.m.~~

6  Dated: __June 2__, 2006

7  Hon. Cha[rles R. Breyer]

8  UNITED S[TATES DISTRICT JUDGE]

**DENIED** — Judge Charles R. Breyer

(Seal: United States District Court, Northern District of California)