IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI AMERICA, INC. et al., | No. C 04-03171 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ADVANCED MICRO DEVICES, INC., | |
| Defendant. | |

and related counterclaims

Oki's motion to shorten the time to hear its Federal Rule of Civil Procedure 56(f) motion to shorten time is GRANTED.  The Court will hear the motion at the July 21 hearing. AMD's opposition shall be filed on or before July 10, 2006 and Oki's reply, if any, shall be filed by July 14, 2006.

**IT IS SO ORDERED.**

Dated: July 5, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3171\ordereshorten.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28