|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO DIVISION | |

OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, and OKI DATA AMERICAS, INC.,
           Plaintiffs,

vs.

ADVANCED MICRO DEVICES, INC.,
           Defendants

ADVANCED MICRO DEVICES, INC.,
           Counterclaimant,

vs.

OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, and OKI DATA AMERICAS, INC.,
           Counterdefendants.

No. C 04-03171-CRB-JL

STIPULATION TO FILE DOCUMENT UNDER SEAL

      WHEREAS, on February 28, 2006, Dr. Stephen Beebe was produced as a witness for deposition at the offices of Vinson & Elkins, 2801 Via Fortuna, Suite 100, Austin, Texas, and sat for a videotaped deposition; and

      WHEREAS Dr. Beebe's testimony in that deposition extensively discussed proprietary information relating to AMD's research, development, design and manufacturing of products; and

      WHEREAS counsel for AMD designated, without objection from Oki, the entirety of Dr. Beebe's deposition as confidential under the Protective Order entered by this Court on December 8, 2004; and

      WHEREAS Oki now seeks to file with this Court a portion of the transcript of Dr. Beebe's confidential deposition as Exhibit D in support of Oki's Opposition to AMD's

Motion for Partial Summary Judgment of Invalidity of the Asserted Claims of the Kurachi Patents, as well as a two-sentence portion of Oki's Opposition to AMD's Motion for Partial Summary Judgment of Invalidity of the Asserted Claims of the Kurachi Patents discussing that exhibit;

IT IS HEREBY STIUPULATED AND AGREED by and between all parties that Exhibit D to Oki's Opposition to AMD's Motion for Partial Summary Judgment of Invalidity of the Asserted Claims of the Kurachi Patents, and a two-sentence portion of Oki's Opposition to AMD's Motion for Partial Summary Judgment of Invalidity of the Asserted Claims of the Kurachi Patents, should be filed under seal because they contain confidential information protected under the Court's protective Order entered December 8, 2004.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: June 30, 2006              VINSON & ELKINS, LLP

                                  /s/ Adam V. Floyd
                                      Adam V. Floyd

                                  Attorney for Advanced Micro Devices, Inc.


                                  KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC

                                  /s/ J.C. Rozendaal
                                      J.C. Rozendaal

                                  Attorney for Oki America, et al.

**IT IS SO ORDERED.**

Dated: __July 5, 2006__

                                  Charles R. Breyer
                                  United States D.J.

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO FILE DOCUMENT UNDER SEAL
Case No. C 04-03171-CRB