**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OKI AMERICA, INC., ET AL., <br><br> PLAINTIFF, <br><br> vs. <br><br> ADVANCED MICRO DEVICES, INC., <br><br> DEFENDANT. | C04-03171-CRB <br><br> STIPULATION TO SHORTEN TIME ON AMD'S MOTION TO STRIKE THE DECLARATION OF RYAN WILLIS <br><br> DEMAND FOR JURY TRIAL |
| ADVANCED MICRO DEVICES, INC., <br><br> COUNTERCLAIMANT, <br><br> vs. <br><br> OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC., <br><br> COUNTER-DEFENDANTS. | |

WHEREAS, on June 9, 2006, Oki filed a motion to amend its Final Invalidity Contentions in accordance with Patent L.R. 3-7 (Docket No. 210) and in support thereof filed the Declaration of Ryan Willis (Docket No. 208);

WHEREAS, AMD is filing a brief in opposition to Oki's motion to amend its Final Invalidity Contentions and also a motion to strike the declaration of Ryan Willis;

WHEREAS, the Court has set Oki's Motion to Amend its Final Invalidity Contentions for a hearing on July 21, 2006 (*See* Docket No. 212) and AMD seeks to shorten the time for hearing its motion to strike so that the Court may address both related motions at the same time;

WHEREAS, the parties have agreed that setting these motions for hearing at the same time will allow the Court to address all issues relating to Oki's pending motion at one time; and

WHEREAS, AMD has agreed to allow Oki until July 14, 2006 to file its response to AMD's motion to strike.

IT IS HEREBY STIPULATED AND AGREED by and between all parties, subject to approval by the Court, that AMD's Motion to Strike the Declaration of Ryan Willis be set for hearing on July 21, 2006, and that Oki will file its response to AMD's motion to strike on or before July 14, 2006.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

Dated: June 30, 2006          VINSON & ELKINS, L.L.P.

/s/ Adam V. Floyd

Attorney for Advanced Micro Devices, Inc.

KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC

/s/ Patrick D. Curran

Attorney for Oki America, et al.

**IT IS SO ORDERED**.

Dated: __July 5, 2006_____          _____
Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

720219_1.DOC