UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| OKI AMERICA, INC., ET AL.,<br><br>PLAINTIFF,<br><br>VS.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>DEFENDANT.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>COUNTERCLAIMANT,<br><br>VS.<br><br>OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,<br><br>COUNTER-DEFENDANTS. | C04-03171-CRB<br><br>STIPULATION TO SHORTEN TIME ON AMD'S MOTION TO SUPPLEMENT ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE KURACHI PATENTS<br><br>DEMAND FOR JURY TRIAL |

WHEREAS, on May 26, 2006, AMD filed a Motion to Supplement in Support of its Motion for Partial Summary Judgment of Invalidity of the Kurachi Patents;

WHEREAS, Oki filed its response on June 30, 2006;

WHEREAS, the Court has set Motion for Partial Summary Judgment of Invalidity of the Kurachi Patents for a hearing on July 21, 2006 (*See* Docket No. 195) and AMD seeks to shorten the time for hearing its motion to supplement so that the Court may address both related motions at the same time;

WHEREAS, the parties have agreed that setting these motions for hearing at the same time will allow the Court to address all issues relating to AMD's pending motion at one time; and

WHEREAS, AMD has agreed to allow Oki until July 10, 2006 to file its response to AMD's Motion to Supplement in Support of its Motion for Partial Summary Judgment of Invalidity of the Kurachi Patents.

WHEREAS, Oki has agreed to allow AMD until July 14, 2006 to file its reply to Oki's opposition.

IT IS HEREBY STIPULATED AND AGREED by and between all parties, subject to approval by the Court, that AMD's Motion to Supplement in Support of its Motion for Partial Summary Judgment of Invalidity of the Kurachi Patents be set for hearing on July 21, 2006, and that Oki will file its response to AMD's motion on or before July 10, 2006, and that AMD will file its reply to Oki's opposition on or before July 14, 2006.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

Dated: July 5, 2006           VINSON & ELKINS, L.L.P.


                              /s/ Adam V. Floyd
                              _____

                              Attorney for Advanced Micro Devices, Inc.


                              KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC


                              /s/ Patrick D. Curran
                              _____

                              Attorney for Oki America, et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __July 6, 2006_____        _____
                                       Charles R. Breyer
                                       United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

720974_1.DOC