VINSON & ELKINS L.L.P.
WILLEM G. SCHUURMAN (admitted *pro hac vice*)
DAVID E. KILLOUGH (State Bar No. 110719)
ADAM V. FLOYD (admitted *pro hac vice*)
CHRISTOPHER V. RYAN (admitted *pro hac vice*)
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel: (512) 542-8428
Fax: (512) 236-3253

RONALD A. JOHNSTONE (State Bar No. 203483)
AMD Law Department
One AMD Place
1160 Kern Avenue M/S 68
Sunnyvale, California 94086
Tel: (408) 749-3756
Fax: (408) 774-7002

Attorneys for Advanced Micro Devices, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **OKI AMERICA, INC., ET AL.,**<br><br>    **PLAINTIFF,**<br><br>vs.<br><br>**ADVANCED MICRO DEVICES, INC.,**<br><br>    **DEFENDANT.** | **C04-03171-CRB**<br><br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING PROJECTION TECHNOLOGY INTO THE COURT** |
| **ADVANCED MICRO DEVICES, INC.,**<br><br>    **COUNTERCLAIMANT,**<br><br>vs.<br><br>**OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,**<br><br>    **COUNTER-DEFENDANTS.** | |

1  Counsel for Defendant Advanced Micro Devices, Inc. ("AMD") hereby requests the
2  Court's permission to bring equipment into the Federal Courthouse for use in presenting
3  exhibits and evidence during the hearing on AMD's Motion for Summary Judgment and
4  other related motions on Friday, July 21, 2006 in the courtroom of the Honorable Charles
5  R. Breyer, Courtroom 8, 19th Floor.  AMD intents to bring laptop computers for connection
6  into the projection equipment.  AMD therefore seeks leave of the Court to bring laptop
7  computers, an electronic projector, a projection screen, two easels for presentation of
8  demonstrative exhibits and the necessary cables to connect the above equipment into the
9  courthouse on Friday, July 21, 2005.

Dated: July 13, 2006         Respectfully submitted,

/s/ Adam V. Floyd
VINSON & ELKINS, L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas  78746
Tel: (512) 542-8400
Fax: (512) 542-8612

Attorneys for Advanced Micro Devices, Inc.

**IT IS SO ORDERED.**

Dated:  July __17__, 2006



_____
Judge Charles R. Breyer
United States District Judge