IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI AMERICA, INC. et al., | No. C 04-03171 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ADVANCED MICRO DEVICES, INC., | |
| Defendant._____/ | |
| and related counterclaims | |
| _____/ | |

     Now pending before the Court are (1) AMD's motion to supplement its partial motion for summary judgment of invalidity with the Declaration of Tony Denboer (Docket No. 237), and (2) Oki's Rule 56(f) motion to continue AMD's motion for partial summary judgment of invalidity. After carefully considering the parties' submissions, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and GRANTS both motions.

     AMD may file a sworn declaration of Tony Denboer. Such declaration shall be filed on or before July 24, 2006. Oki may take Denboer's declaration and file a supplemental opposition to AMD's motion for summary judgment on or before August 18, 2006. AMD's supplemental reply shall be filed on or before August 25, 2006. The Court will hear oral argument on AMD's motion for partial summary judgment of invalidity and Oki's motion for

partial summary judgment of non-infringement of the '678 at 10:00 a.m. on September 8, 2006.

**IT IS SO ORDERED.**

Dated: July 18, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE