**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    OKI AMERICA, INC. et al.,                     No. C 04-03171 CRB

12              Plaintiff,                           **ORDER**

13        v.

14    ADVANCED MICRO DEVICES, INC.,

15              Defendant.
      _____/
16

17    and related counterclaims

18    _____/

19        Now pending before the Court are (1) Oki's motion to amend its invalidity

20    contentions, and (2) AMD's motion to supplement its opposition to Oki's motion to amend

21    its invalidity contentions.  After carefully considering the papers filed by the parties, the

22    Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and GRANTS

23    AMD's motion to supplement its opposition.

24        The Court also GRANTS Oki's motion to amend its final invalidity contentions to add

25    two additional prior art references.  The Patent Local Rules provide that 50 days after service

26    of the Court's Claim Construction ruling, a party may amend its preliminary invalidity

27    contentions without leave of court, provided the party claiming infringement has served Final

28    Infringement Contentions and "the party opposing a claim of patent infringement

**United States District Court**

For the Northern District of California

1   believes in good faith that the Court's Claim Construction ruling so requires." N.D. Cal.

2   Patent Local Rule 3-6(b)(1) & (2).  Pursuant to this Rule, on May 30, 2006 Oki served Final

3   Invalidity Contentions that added an additional prior art reference.  Two days later, on June

4   2, 2006, Oki notified AMD that it had just discovered two additional references to include in

5   its Final Invalidity Contentions.  AMD refused to consent to the amendment.  Accordingly,

6   Oki has moved pursuant to Patent Local Rule 3-7 to amend their contentions.

7        Patent Local 3-7 provides that "other then as expressly permitted" in Local Rule 3-6, a

8   party may amend its contentions "only by order of the Court, which shall be entered only

9   upon a showing of good cause."  The Court will assume that if Oki had conducted a

10  reasonable and diligent prior art search it would have located the additional references and

11  therefore have been able to include them in its Final Invalidity Contentions.  Nonetheless, as

12  Oki notified AMD as soon as it learned of the references, and did so only two days after it

13  timely served its Final Invalidity Contentions, Oki has shown good cause for its amendment.

14  AMD does not contend that Oki could not have included the references in its May 30

15  disclosure and it therefore does not, as it cannot, argue that it is prejudiced by the additional

16  disclosure made two days later.   Nor does AMD contend that Oki intentionally withheld

17  disclosure of the references for those two days.  Accordingly, Oki's motion to amend is

18  GRANTED.

19        **IT IS SO ORDERED.**

20

21  Dated: July 19, 2006                    _____
                                            CHARLES  R. BREYER
22                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28