IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI AMERICA, INC., | No. C 04-3171 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ADVANCED MICRO DEVICES, INC., | |
| Defendant. | |
| and related counterclaims | |

Now pending before the Court are (1) OKI's motion for a three-day extension of time to file its expert rebuttal reports, and (2) AMD's motion for clarification.

OKI's motion for a three-day extension is GRANTED.

With respect to AMD's motion for clarification, the Court intended to permit OKI to take the deposition of Tony Denboer. The Court's order did not address Chris Ryan because AMD asserted that the Denboer declaration mooted OKI's request to depose Ryan. The Court understood this assertion to mean that AMD was withdrawing any reliance on the May 26, 2006 Ryan declaration as evidence of publication date; therefore OKI has no need to take Ryan's deposition. If the Court is incorrect, and AMD intends to rely on the May 26, 2006 Ryan declaration as evidence of publication date, then OKI may take Ryan's deposition on solely that issue. Accordingly, AMD shall notify OKI by 5 p.m. on August 1, 2006 as to

whether it has withdrawn any reliance on Ryan's May 26, 2006 declaration as evidence of publication date.

**IT IS SO ORDERED.**

Dated: July 31, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE