United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI America, Inc, et al., | No. C 04-3171 CRB  (JL) |
| Plaintiffs, | |
| v. | **ORDER TO MEET AND CONFER** |
| Advanced Micro Devices, Inc, et al., | |
| Defendants. | |
| _____/ | |

**Introduction**

All discovery in this case has been referred by the district court (Hon. Charles R. Breyer) as provided by 28 U.S.C. §636 and Civil Local Rule 72.

**Discovery Disputes**

The parties filed joint and separate statements regarding a number of discovery disputes, specifically:

OKI's motion to compel production of documents related to Japanese Proceeding Re AMD's Japanese Counterpart to U.S. Patent # 4,960,732 (Docket # 266);

OKI's motion to compel production of documents in response to OKI's Third and Fourth Sets of Requests for production of Documents (271);

OKI's motion to compel answers to its fourth set of interrogatories (272);

1. OKI's Motion to compel deposition of Christopher Ryan (234); [1]
2. OKI's Motion to compel 30(b)(6) deposition of AMD (235);
3. OKI's Motion to expedite discovery (240).

If there are additional discovery disputes which have been e-filed with the Court but which are not listed here or which arise between now and the meet and confer session, this order shall apply to those disputes as well. The Court has taken under submission without a hearing the parties' discovery dispute regarding the deposition of Pankaj Dixit (227 and 228).

**Order**

In the interest of judicial economy and to facilitate the resolution of these disputes, the Court hereby orders all counsel involved with any of these motions to meet and confer as provided in this Court's Standing Order, that is, in person for counsel in the San Francisco Bay Area and by teleconference for counsel located outside this area, and provide to the Court a statement on the status of their disputes no less than one week prior to the hearing on these motions, August 23, 2006 at 9:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue.

The statement shall include who attended the meet and confer session or sessions, what discovery issues they discussed and what proposed solutions they offered and to which of these they were able to agree. Finally the parties and non-parties shall advise the Court which, if any, of these disputes remain for resolution by the Court at the hearing.

IT IS SO ORDERED.

DATED: August 2, 2006

_____
JAMES LARSON
Chief Magistrate Judge

---

[1] The dispute over the deposition of Christopher Ryan is resolved by Judge Breyer's order e-filed at Docket # 297 and is therefore off-calendar.