United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OKI AMERICA, INC. et al.,

        Plaintiffs,

   v.

ADVANCED MICRO DEVICES, INC.,

        Defendant.

_____/

and related counterclaims.

_____/

No. C 04-03171 CRB

**ORDER**

      AMD's motion to extend the time to serve expert rebuttal reports is DENIED.  AMD gives no reason for its request.  AMD's request for clarification is also DENIED.  The parties are represented by competent counsel who should meet and confer and come to an agreement as to how and when certain documents shall be served.

      **IT IS SO ORDERED.**

Dated: August 7, 2006

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3171\orderrebuttal.wpd

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28