**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **OKI AMERICA, INC., ET AL.,** | **C04-03171-CRB** |
| **PLAINTIFF,** | |
| VS. | **STIPULATION TO FILE DOCUMENTS UNDER SEAL** |
| **ADVANCED MICRO DEVICES, INC.,** | |
| **DEFENDANT.** | |
| **ADVANCED MICRO DEVICES, INC.,** | |
| **COUNTERCLAIMANT,** | |
| VS. | |
| **OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,** | |
| **COUNTER-DEFENDANTS.** | |

WHEREAS, on July 21, 2006, Oki served the Expert Report of Dr. Richard B. Fair, Re Infringement of U.S. Patent 5,739,578; and

WHEREAS, the expert report of Dr. Fair extensively discuss non-public, proprietary information relating to the development, research, design, manufacturing of products by Oki and AMD; and

WHEREAS, counsel for Oki designated, without objection, the entirety of Dr. Fair's expert report as confidential under the Protective Order entered by this Court on December 8, 2004; and

1  WHEREAS, AMD now seeks to file with the Court the expert report of Dr. Fair as exhibit to its Supplemental Brief in Further Support of its Motion for Partial Summary Judgment.

IT IS HEREBY STIPULATED AND AGREED by and between all parties that Exhibit Z-4 of AMD's Supplemental Brief in Further Support of its Motion for Partial Summary Judgment, should be filed under seal because they contain confidential information protected under the Court's Protective Order entered December 8, 2004.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: August 25, 2006

VINSON & ELKINS, LLP

/s/ Christopher V. Ryan
Christopher V. Ryan

Attorneys for Advanced Micro Devices, Inc.

KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC

/s/ Patrick Curran
Patrick Curran

Attorneys for Oki America, et al.

**IT IS SO ORDERED**.

Dated: __August 18, 2006_____  _____
Charles R. Breyer
United States D.

IT IS SO ORDERED
Judge Charles R. Breyer