| | |
|---|---|
| 1 | DANIEL J. BERGESON, State Bar No. 105439 |
| | dbergeson@be-law.com |
| 2 | MELINDA M. MORTON, State Bar No. 209373 |
| | mmorton@be-law.com |
| 3 | BERGESON, LLP |
| | 303 Almaden Boulevard, Suite 500 |
| 4 | San Jose, CA 95110-2712 |
| | Telephone:  (408) 291-6200 |
| 5 | Facsimile:   (408) 297-6000 |
| | |
| 6 | MARK C. HANSEN |
| | mhansen@khhte.com |
| 7 | J.C. ROZENDAAL |
| | jrozendaal@khhte.com |
| 8 | KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C. |
| | Sumner Square |
| 9 | 1615 M Street, NW, Suite 400 |
| | Washington, DC 20036 |
| 10 | Telephone:  (202) 326-7900 |
| | Facsimile:   (202) 326-7999 |
| 11 | |
| 12 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, OKI DATA AMERICAS, INC., and OKI TELECOM, INC., | Civil Action No. C 04-03171-CRB-JL |
| Plaintiffs, | **STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES** |
| vs. | |
| ADVANCED MICRO DEVICES, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS, | |

STIPULATION TO EXTEND DEADLINE FOR MOTIONS TO COMPEL RELATED TO
CERTAIN EXPERT DEPOSITIONS
Case No.: C04-03171-CRB-JL

1   WHEREAS, the cut-off date for expert discovery is August 31, 2006 under the Order
2   entered by this Court on May 31, 2006 (Docket No. 193) ("the Scheduling Order"); and
3   WHEREAS, in order to accommodate academic and vacation schedules of witnesses and
4   counsel, the parties agree that it is appropriate to schedule certain expert depositions during the
5   period from September 1 to September 8; and
6   WHEREAS the parties are in agreement that expert depositions may be completed during
7   this period without disrupting the other dates established in this Court's Scheduling Order; and
8   WHEREAS the parties wish to ensure that any necessary motions to compel related to
9   those depositions will not be precluded by Local Rule 26-2, which, under the Scheduling Order,
10  will preclude any motions to compel expert discovery filed more than 7 court days after August
11  31:
12  IT IS HEREBY STIPULATED AND AGREED by and between all parties that, subject to
13  approval by this Court, the deadline for expert discovery be extended to September 8, and the
14  deadline for filing motions to compel expert discovery be extended to September 15.

Dated: August 17, 2006          VINSON & ELKINS, LLP

                                /s/ Adam V. Floyd
                                    Adam V. Floyd

                                Attorney for Advanced Micro Devices, Inc.

                                KELLOGG, HUBER, HANSEN, TODD &
                                EVANS, PLLC

                                /s/ J.C. Rozendaal
                                    J.C. Rozendaal

                                Attorney for Oki America., et al.

**IT IS SO ORDERED.**

Dated: __August 18, 2006__

Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*

- 2 -
STIPULATION TO EXTEND DEADLINE FOR MOTIONS TO COMPEL RELATED TO
CERTAIN EXPERT DEPOSITIONS
Case No.: C04-03171-CRB-JL