**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **OKI AMERICA, INC., ET AL.,** | **C04-03171-CRB** |
| **PLAINTIFF,** | |
| **VS.** | **STIPULATION TO FILE DOCUMENTS UNDER SEAL** |
| **ADVANCED MICRO DEVICES, INC.,** | |
| **DEFENDANT.** | |
| **ADVANCED MICRO DEVICES, INC.,** | |
| **COUNTERCLAIMANT,** | |
| **VS.** | |
| **OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,** | |
| **COUNTER-DEFENDANTS.** | |

WHEREAS, on July 21, 2006, AMD served on Oki its Rule 26 Expert Report of Alan Ratliff; and

WHEREAS, on August 4, 2006, AMD served on Oki the supplemental Expert Report of Alan Ratliff; and

WHEREAS, on August 14, 2006, Oki served on AMD Richard B. Troxel's Rebuttal Expert Report on Damages; and

WHEREAS, the reports of Alan Ratliff and Richard Troxel both extensively discuss non-public, proprietary information relating to the development, research, design, manufacturing and sales of products by Oki and AMD; and

WHEREAS, counsel for both parties have designated, without objection, the entirety of Alan Ratliff's and Richard Troxel's expert reports as confidential under the Protective Order entered by this Court on December 8, 2004; and

WHEREAS, AMD now seeks to file with the Court the expert reports of Alan Ratliff and Richard Troxel as exhibits to its Opposition to Oki's Motion to Strike Supplemental Expert Report of Alan Ratliff.

IT IS HEREBY STIPULATED AND AGREED by and between all parties that Exhibits 1, 2 and 3 to AMD's Opposition to Oki's Motion to Strike Supplemental Expert Report of Alan Ratliff, should be filed under seal because they contain confidential information protected under the Court's Protective Order entered December 8, 2004.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: August 25, 2006         VINSON & ELKINS, LLP

/s/ Willem G. Schuurman
Willem G. Schuurman

Attorneys for Advanced Micro Devices, Inc.

KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC

/s/ Patrick Curran
Patrick Curran

Attorneys for Oki America, et al.

**IT IS SO ORDERED**.

Dated: August 28, 2006         _____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*