**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OKI AMERICA, INC., et al.,

        Plaintiff,

  v.

ADVANCED MICRO DEVICES, INC.,

        Defendant.

_____/

And related counterclaims

_____/

No. C 04-03171 CRB

**ORDER**

      AMD's supplemental brief, filed August 25, 2006 (Docket no. 347), refers at pages 19 and 20 to a prior art reference which, AMD contends, used a schematic which AMD reproduced at the top of page 20 of its brief.  The brief cites Exhibit Z-2 at pages 166-172, 171 as the prior art reference.  The Court cannot locate the cited pages or the reproduced schematic in Exhibit Z-2 (Docket no. 348-8).  Accordingly, if AMD erroneously cited to the wrong exhibit, or attached the wrong document to Exhibit Z-2, it shall file a corrected filing on or before August 31, 2006.

      **IT IS SO ORDERED.**

Dated: August 30, 2006

                            _____
                            CHARLES  R. BREYER
                            UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28