| | |
|---|---|
| 1 | DANIEL J. BERGESON, State Bar No. 105439 |
| | dbergeson@be-law.com |
| 2 | MELINDA M. MORTON, State Bar No. 209373 |
| | mmorton@be-law.com |
| 3 | BERGESON, LLP |
| | 303 Almaden Boulevard, Suite 500 |
| 4 | San Jose, CA 95110-2712 |
| | Telephone:  (408) 291-6200 |
| 5 | Facsimile:   (408) 297-6000 |
| 6 | |
| 7 | MARK C. HANSEN |
| | J.C. ROZENDAAL |
| 8 | KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC |
| | Sumner Square |
| 9 | 1615 M Street, NW, Suite 400 |
| | Washington, DC 20036 |
| 10 | Telephone: (202) 326-7900 |
| | Facsimile: (202) 326-7999 |
| 11 | |
| 12 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, and OKI DATA AMERICAS, INC., | |
| Plaintiffs, | No. C 04-03171-CRB-JL |
| vs. | |
| ADVANCED MICRO DEVICES, INC., | OKI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL |
| Defendants | |
| Counterclaimant, | |
| vs. | |
| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, and OKI DATA AMERICAS, INC., | |
| Counterdefendants. | |

OKI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL
Case No. C 04-03171-CRB-JL

Pursuant to Civil Local Rules 7-11(a) and 79-5(d), Oki requests that Exhibits E, F, G, and H to the Declaration of Patrick Curran In Support of Oki's Motion to Strike Newest Supplemental Expert Report of Alan Ratliff ("the Curran Declaration"), and portions of Oki's Motion to Strike Newest Supplemental Expert Report of Alan Ratliff ("Oki's Motion to Strike") discussing those exhibits, be filed under seal, as they contain confidential information that is protected by the Protective Order entered by the Court on December 8, 2004.

Exhibits E, F, G, and H to the Curran Declaration are, respectively, the initial expert report of Alan Ratliff dated July 21, 2006, the first supplemental expert report of Alan Ratliff dated August 4, 2006, the second supplemental expert report of Alan Ratliff dated August 31, 2006, and the rebuttal expert report of Richard Troxel dated August 14, 2006.  These materials each extensively discuss the sales and licensing activities of Oki and AMD.  This information is considered proprietary information by both companies. Accordingly, AMD has designated Mr. Ratliff's initial report and his two supplemental reports as "outside counsel only" under the protective order, and Oki has designated Mr. Troxel's rebuttal report as "outside counsel only" under the protective order.  Neither party has challenged these designations.

Although this information has been designated as protected from disclosure under the Protective Order, Oki relies on this information to show that Oki's Motion to Strike should be granted.

Pursuant to Local Civil Rule 79-5(d), Oki therefore lodges Exhibits E, F, G, and H to the Curran Declaration, along with portions of Oki's Motion to Strike discussing those materials, and respectfully requests leave to file the aforementioned documents under seal.

1  Counsel for Oki have conferred with counsel for AMD and counsel for AMD do
2  not oppose this motion. A proposed order in the form of a stipulation is attached, as
3  required by Local Rule 7-11.

Respectfully submitted,

Dated: September 8, 2006           By: /s/ J.C. Rozendaal
                                   Mark C. Hansen
                                   J.C. Rozendaal
                                   Richard H. Stern
                                   KELLOGG, HUBER, HANSEN, TODD
                                       EVANS & FIGEL, PLLC
                                   Sumner Square
                                   1615 M Street, NW, Suite 400
                                   Washington, DC 20036
                                   Tel: (202) 326-7900
                                   Fax: (202) 236-7999

                                   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, and OKI DATA AMERICAS, INC.,<br>     Plaintiffs,<br>vs.<br>ADVANCED MICRO DEVICES, INC.,<br>     Defendants<br><br>ADVANCED MICRO DEVICES, INC.,<br>     Counterclaimant,<br>vs.<br>OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, and OKI DATA AMERICAS, INC.,<br>     Counterdefendants. | No. C 04-03171-CRB-JL<br><br>STIPULATION TO FILE DOCUMENT UNDER SEAL |

  WHEREAS Oki seeks to file with this Court as Exhibits E, F, G, and H to the Declaration of Patrick Curran In Support of Oki's Motion to Strike Newest Supplemental Expert Report of Alan Ratliff (1) the initial expert report of Alan Ratliff dated July 21, 2006, (2) the first supplemental expert report of Alan Ratliff dated August 4, 2006, (3) the second supplemental expert report of Alan Ratliff dated August 31, 2006, and (4) the rebuttal expert report of Richard Troxel dated August 14, 2006; and

  WHEREAS these materials extensively discuss proprietary information relating to Oki's and AMD's sales and licensing activities; and

  WHEREAS these materials have been designated as protected from disclosure under the Protective Order entered by this Court on December 8, 2004;

1
2
3
4
5
6
7    IT IS HEREBY STIUPULATED AND AGREED by and between all parties that Exhibits E, F, G, and H to the Declaration of Patrick Curran In Support of Oki's Motion to Strike Newest Supplemental Expert Report of Alan Ratliff, and portions of Oki's Motion to Strike Newest Supplemental Expert Report of Alan Ratliff discussing those materials, should be filed under seal because they contain confidential information protected under the Court's protective Order entered December 8, 2004.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: September 8, 2006        VINSON & ELKINS, LLP

                                /s/ Michael J. Smith
                                    Michael J. Smith

                                Attorney for Advanced Micro Devices, Inc.


                                KELLOGG, HUBER, HANSEN, TODD &
                                EVANS, PLLC


                                /s/ Patrick D. Curran
                                    Patrick D. Curran

                                Attorney for Oki America., et al.


**IT IS SO ORDERED.**


Dated:  September 11, 2006

                                
                                Hon. Charles R. Breyer
                                United States

STIPULATION TO FILE DOCUMENT UNDER SEAL
Case No. C 04-03171-CRB-JL