IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI AMERICA, INC. et al., | No. C 04-03171 CRB |
|     Plaintiff, | **ORDER** |
|     v. | |
| ADVANCED MICRO DEVICES, INC., | |
|     Defendant._____/ | |
| and related counterclaims_____/ | |

     Submitted to the Court for decision is OKI's motion to strike the supplemental expert report of Alan Ratliff (Docket no. 309). On Friday, September 8, 2006, AMD moved to supplement its opposition to OKI's motion to strike (Docket no. 383). That same day OKI moved to strike the newest supplemental report of Alan Ratliffe (Docket no. 386) and for an order shortening time for that motion to be heard (Docket no. 389). OKI has also filed a motion to strike the supplemental infringement contentions of Dr. Bruce Smith (Docket no. 366) and AMD has moved to file intrinsic evidence (Docket no. 378).

     AMD's motion to file intrinsic evidence, namely excerpts from the prosecution history, is GRANTED. At oral argument on the motions for summary judgment OKI asked for and received permission to file the entire prosecution history. OKI shall make the filing

on or before September 13, 2006.

AMD's motion to supplement its opposition is GRANTED.

OKI's motion to shorten time is GRANTED.  The Court will decide OKI's motions to strike the supplemental and second supplemental reports of Alan Ratliff, as well as the motion to strike the supplemental infringement contentions of Dr. Bruce Smith, on the papers and without oral argument.  AMD shall file all of its oppositions to the above motions (to the extent they have not already been filed) on or before September 15, 2006.  OKI's replies, if any, shall be filed on or before September 22, 2006.  The Court will take the motions under submission at that time.  In the meantime, no party may serve any additional expert supplemental discovery without first obtaining leave of the Court.

**IT IS SO ORDERED.**

Dated: September 12, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE