DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, State Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

MARK C. HANSEN
mhansen@khhte.com
J.C. ROZENDAAL
jrozendaal@khhte.com
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:   (202) 326-7999

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, OKI DATA AMERICAS, INC., and OKI TELECOM, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS, | Civil Action No. C 04-03171-CRB-JL<br><br>**STIPULATION TO CHANGE TIME ON BRIEFING OF DAUBERT MOTIONS** |

- 2 -

1      WHEREAS, the Court's May 15, 2006 scheduling order set September 14, 2006 as the deadline for both summary judgment motions and *Daubert* motions; and

    WHEREAS, the scheduling order sets October 5, 2006 as the deadline for oppositions to summary judgment motions and October 19, 2006 as the deadline for replies to summary judgment motions; and

    WHEREAS, there are no specified deadlines for oppositions and replies to *Daubert* motions other than the deadlines imposed by local rule 7-3 (which would call for oppositions to *Daubert* motions to be due on September 29 and replies to due on October 6, if those motions were noticed for the earliest allowable hearing date of October 20); and

    WHEREAS, the parties wish to have both the summary judgment motions and any *Daubert* motions heard together;

    IT IS HEREBY STIPULATED AND AGREED by and between all parties that, subject to approval by this Court, the time for filing and serving oppositions and replies to any *Daubert* motions is changed as follows:

    (1)    Oppositions to *Daubert* motions must be filed and served on or before October 5, 2006.

    (2)    Replies to *Daubert* motions must be filed and served on or before October 19, 2006.

1     IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

2     Dated: September 18, 2006          VINSON & ELKINS, LLP

3
                                         /s/ Adam V. Floyd
4                                          Adam V. Floyd

5                                        Attorney for Advanced Micro Devices, Inc.

6                                        KELLOGG, HUBER, HANSEN, TODD &
7                                        EVANS, PLLC

8                                         /s/ J.C. Rozendaal
                                            J.C. Rozendaal
9
                                         Attorney for Oki America., et al.
10

11

12    **IT IS SO ORDERED.**

13    Dated: September 20, 2006

14                                       _____
                                         Hon. Charles R. Breyer
15                                       United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- 2 -
STIPULATION TO CHANGE TIME ON
DAUBERT MOTIONS
Case No.: C04-03171-CRB-JL