United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OKI AMERICA, INC. et al.,

    Plaintiff,

    v.

ADVANCED MICRO DEVICES, INC.,

    Defendant.
_____/

and related counterclaims
_____/

No. C 04-03171 CRB

**ORDER**

    Now pending before the Court for decision are OKI's motion to strike the supplemental expert report of Alan Ratliff (Docket no. 309); OKI's motion to strike the newest supplemental report of Alan Ratliffe (Docket no. 386); and OKI's motion to strike the supplemental infringement contentions of Dr. Bruce Smith (Docket no. 366). After carefully considering the parties' submissions, the Court rules as follows:

    1.    OKI's motion to strike the supplemental expert report of Alan Ratliff is DENIED. Oki's expert testified that he was able to take Ratliff's supplement into account in the preparation of his rebuttal report.

    2.    Oki's motion to strike the newest supplemental report of Alan Ratliffe is DENIED; however, Oki may take Ratliffe's deposition solely on the opinions disclosed in the August 31, 2006 report and nothing more. AMD must make Ratliffe available on or

before October 6, 2006, unless the parties agree otherwise. Oki need not submit a further rebuttal report addressing Ratliffe's August 31, 2006 report; instead, Oki's expert may rebut the new opinions at trial.

3. OKI's motion to strike the supplemental infringement contentions of Dr. Bruce Smith is DENIED; however, Oki may take the deposition of Dr. Smith and question him about the new infringement contentions raised in the August 11, 2006 and August 30, 2006 reports, and nothing more. AMD must make Dr. Smith available on or before October 6, 2006, unless the parties agree otherwise. Oki need not submit a further rebuttal report addressing Dr. Smith's new experiments and infringement contentions; instead, Oki's expert may rebut the new opinions at trial.

**IT IS SO ORDERED.**

Dated: September 25, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3171\orderresuppexperts.wpd          2