**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **OKI AMERICA, INC., ET AL.,**<br><br>    PLAINTIFF,<br><br>VS.<br><br>**ADVANCED MICRO DEVICES, INC.,**<br><br>    DEFENDANT.<br><br>**ADVANCED MICRO DEVICES, INC.,**<br><br>    COUNTERCLAIMANT,<br><br>VS.<br><br>**OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,**<br><br>    COUNTER-DEFENDANTS. | C04-03171-CRB<br><br>**STIPULATION TO REMOVE DOCKET ENTRY 185** |

WHEREAS, on May 5, 2006, the Court Ordered that, in accordance with the Patent Local Rules, the parties need not file their respective final infringement contentions; and

WHEREAS, AMD had previously filed its final infringement contentions at paper 185 on May 1, 2006; and

WHEREAS, AMD now seeks to remove paper 185 which was filed counter to the Court's Order that it need not be filed.

IT IS HEREBY STIPULATED AND AGREED by and between all parties that paper 185 be removed from the docket.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| 1 | Dated: October 3, 2006 | VINSON & ELKINS, LLP |
| 2 | | /s/ *Christopher V. Ryan* |
| 3 | | Christopher V. Ryan |
| 4 | | Attorneys for Advanced Micro Devices, Inc. |
| 5 | | KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC |
| 7 | | /s/ *J. C. Rozendaal* |
| | | J.C. Rozendaal |
| 9 | | Attorneys for Oki America, et al. |

**IT IS SO ORDERED**.

Dated: __October 06, 2006_____   _____
Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed by Judge Charles R. Breyer]*