1  VINSON & ELKINS L.L.P.
WILLEM G. SCHUURMAN (admitted *pro hac vice*)
2  DAVID E. KILLOUGH (State Bar No. 110719)
DAVID P. BLANKE (admitted *pro hac vice*)
3  ADAM V. FLOYD (admitted *pro hac vice*)
CHRISTOPHER V. RYAN (admitted *pro hac vice*)
4  GENTRY C. MCLEAN (admitted *pro hac vice)*
The Terrace 7
5  2801 Via Fortuna, Suite 100
Austin, TX  78746
6  Tel: (512) 542-8428
Fax: (512) 236-3253
7
SHARTSIS FRIESE LLP
8  JAMES P. MARTIN (Bar #170044)
One Maritime Plaza, Eighteenth Floor
9  San Francisco, CA  94111
Tel:  (415) 421-6500
10  Fax: (415) 421-2922

11  Attorneys for Advanced Micro Devices, Inc.

12
**UNITED STATES DISTRICT COURT**
13  **NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
14

| | |
|---|---|
| 15  **OKI AMERICA, INC., ET AL.,** | **C04-03171-CRB** |
| 16  **PLAINTIFF,** | |
| 17  VS. | **STIPULATION TO FILE EXPERT DECLARATIONS IN SUPPORT OF MOTIONS** |
| 18  **ADVANCED MICRO DEVICES, INC.,** | |
| 19  **DEFENDANT.** | |
| 20  **ADVANCED MICRO DEVICES, INC.,** | |
| 21  **COUNTERCLAIMANT,** | |
| 22  VS. | |
| 23  **OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA** | |
| 24  **CORPORATION AND OKI DATA AMERICAS, INC.,** | |
| 25  **COUNTER-DEFENDANTS.** | |
| 26 | |

27

28

On September 12, 2006, the Court issued an order prohibiting parties from filing "additional expert supplemental discovery" without leave of Court (Doc. 396). While the parties do not agree whether the Court's order extends to the submission and consideration of expert declarations in support of *Daubert* and Summary Judgment motions, in order to resolve any ambiguity on the question, the parties hereby request leave of Court to file expert declarations in support of recently filed motions.

On September 14, 2006, Oki filed a declaration of Dr. Richard Fair (Doc. 442) in support of its Motion to Grant Partial Summary Judgment of Noninfringement of the '678 Patent (Doc. 440) and in support of its Motion to Strike Smith Report and Portions of Neikirk Report Under *Daubert* (Doc. 436).

Contemporaneous with this motion AMD is filing opposition briefs to both of Oki's above mentioned motions. AMD seeks to have the declaration of Dr. Bruce Smith considered in support of its oppositions. Dr. Smith's declaration is submitted in rebuttal to Dr. Fair's declaration.

The parties have previously agreed that AMD would not move to strike Dr. Fair's declaration filed September 14, provided that Dr. Smith could submit a responsive declaration, and Oki would not oppose filing of a declaration by Dr. Smith, provided that the declaration is limited to the points raised in Dr. Fair's declaration. For the express purpose of allowing Dr. Smith additional time to coordinate filing a declaration in rebuttal to Dr. Fair's declaration, the parties have previously stipulated (Doc. 471), and this Court has already approved (Doc. 487) a 1-week extension of the deadline for filing AMD's oppositions and Oki's replies concerning the two above-referenced motions.

Pursuant to Local Rules 7-11 and 7-12, the parties hereby request that the Court grant Oki leave to file the declaration of Dr. Fair in support of its above-referenced motions, and that it grant AMD leave to file a declaration of Dr. Smith in support of its oppositions to said motions.

1      IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

2

3      Dated:  October 12, 2006                    VINSON & ELKINS, LLP

4                                                  /s/  *Adam V. Floyd*
                                                       Adam V. Floyd
5                                                  Attorney for Advanced Micro Devices, Inc.

6                                                  KELLOGG, HUBER, HANSEN, TODD &
7                                                  EVANS, PLLC

8                                                  /s/  *J. C. Rozendaal*
                                                       J.C. Rozendaal
9                                                  Attorney for Oki America, et al.

10

11

       **IT IS SO ORDERED**.
12

13

       Dated: __October 19, 2006_____     _____
14                                                 Charles R. Breyer
                                                   United States Dist...
15
16
17
18
19
20
21
22
23
24
25
26
27
28