**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **OKI AMERICA, INC., ET AL.,** | C04-03171-CRB |
| **PLAINTIFF,** | |
| VS. | **STIPULATION TO FILE DOCUMENTS UNDER SEAL** |
| **ADVANCED MICRO DEVICES, INC.,** | |
| **DEFENDANT.** | |
| **ADVANCED MICRO DEVICES, INC.,** | |
| **COUNTERCLAIMANT,** | |
| VS. | |
| **OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,** | |
| **COUNTER-DEFENDANTS.** | |

WHEREAS, on August 14, 2006, Oki served the Expert Report on Damages of Richard B. Troxel; and

WHEREAS, on August 31, 2006, AMD served the Second Supplemental Rule 26 Expert Report of Alan Ratliff; and

WHEREAS, on September 6, 2006, the sworn deposition testimony was taken of Richard B. Troxel; and

WHEREAS, the expert reports of Richard Troxel and Alan Ratliff and the deposition testimony of Richard Troxel extensively discuss non-public, proprietary information relating to the development, research, design, manufacturing and sales of products by Oki; and

WHEREAS, the expert reports of Richard Troxel and Alan Ratliff and the deposition testimony of Richard Troxel were designated by the parties as confidential under the Protective Order entered by this Court on December 8, 2004; and

WHEREAS, AMD now seeks to file with the Court the expert reports and deposition testimony referenced above to AMD's Fed. R. Civ .P. 72(a) Objection to the Chief Magistrate Judge's September 27, 2006 Pretrial Decision.

IT IS HEREBY STIPULATED AND AGREED by and between all parties that Exhibits 2, 3 and 4 and portions of AMD's Fed. R. Civ .P. 72(a) Objection to the Chief Magistrate Judge's September 27, 2006 Pretrial Decision, should be filed under seal because they contain confidential information protected under the Court's Protective Order entered December 8, 2004.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: October 12, 2006                          VINSON & ELKINS, LLP

                                                 /s/ *David P. Blanke*
                                                     David P. Blanke

                                                 Attorneys for Advanced Micro Devices, Inc.

                                                 KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC

                                                 /s/ *J. C. Rozendaal*
                                                     J. C. Rozendaal

                                                 Attorneys for Oki America, et al.

**IT IS SO ORDERED**.

Dated: _October 19, 2006_____          _____
                                                 Charles R. Breyer
                                                 United States



-2-
C04-03171-CRB
STIPULATION TO FILE DOCUMENTS UNDER SEAL