**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **OKI AMERICA, INC., ET AL.,** | **C04-03171-CRB** |
| **PLAINTIFF,** | |
| **VS.** | **STIPULATION TO FILE DOCUMENTS UNDER SEAL** |
| **ADVANCED MICRO DEVICES, INC.,** | |
| **DEFENDANT.** | |
| **ADVANCED MICRO DEVICES, INC.,** | |
| **COUNTERCLAIMANT,** | |
| **VS.** | |
| **OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,** | |
| **COUNTER-DEFENDANTS.** | |

WHEREAS, AMD has designated the document listed in Attachment A as Outside Counsel Only under the Protective Order entered by this Court on December 8, 2004; and

WHEREAS, AMD filed the document listed in Attachment A under seal on September 14, 2006 with the Court in connection with the above-referenced motion.

IT IS HEREBY STIPULATED AND AGREED by and between all parties that the document listed in Attachment A and the above-referenced motion should be filed under seal because it contains confidential information protected under the Court's Protective Order entered December 8, 2004.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| 1 | Dated: October 13, 2006 | VINSON & ELKINS, LLP |
| 2 | | /s/ Christopher V. Ryan |
| | | Christopher V. Ryan |
| 3 | | Attorneys for Advanced Micro Devices, Inc. |
| 4 | | KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC |
| 5 | | |
| 6 | | /s/ Patrick Curran |
| | | Patrick Curran |
| 7 | | Attorneys for Oki America, et al. |

**IT IS SO ORDERED**.

Dated: October 19, 2006

Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*