UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| OKI AMERICA, INC., ET AL., <br><br> PLAINTIFF, <br><br> VS. <br><br> ADVANCED MICRO DEVICES, INC., <br><br> DEFENDANT. | C04-03171-CRB <br><br> STIPULATION TO FILE DOCUMENTS UNDER SEAL |
| ADVANCED MICRO DEVICES, INC., <br><br> COUNTERCLAIMANT, <br><br> VS. <br><br> OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC., <br><br> COUNTER-DEFENDANTS. | |

WHEREAS, counsel for Oki and AMD have designated the documents and exhibits listed in Attachment A as Outside Counsel Only under the Protective Order entered by this Court on December 8, 2004; and

WHEREAS, due to citation or paraphrasing of the content of these documents, portions of the following motions have been designated by Oki and AMD as Outside Counsel Only under the Protective Order entered by this Court on December 8, 2004:

(1) AMD's Reply to Oki's Opposition to AMD's Motion to Exclude Portions of the Expert Reports of Dr. Stephen Fonash which contains Oki's confidential process information.

(2)  AMD's Reply Brief in Support of its Motion to Exclude the Testimony of Richard B. Troxel with Respect to AMD's Damages Claim, which contains AMD's and Oki's confidential information pertaining to products, processes and sales.

(3)  AMD's Reply to Oki's Opposition to AMD's Partial Motion for Summary Judgment of Invalidity of the Asserted Claims of U.S. Patent No. 6,495,855 which contains AMD and Intel's confidential process information.

(4)  AMD's Reply in Support of Its Partial Motion for Summary Judgment of Non-Infringement of the Kurachi Patents by its K8 Microprocessors and Motion to Deny Injunctive Relief Against its Obsolete Fab 25 K7 Microprocessors which contains confidential information pertaining to AMD's products and processes.

(5)  AMD's Reply in Support of Its Motion for Partial Summary Judgment of Literal Infringement of the Patel Patent which contains Oki's confidential process information.

WHEREAS, AMD now seeks to file with the Court the documents listed in Attachment A which have been designated by Oki and AMD as Outside Counsel Only under the Protective Order entered by this Court on December 8, 2004.

IT IS HEREBY STIPULATED AND AGREED by and between all parties that the documents listed in Attachment A and the above-referenced motions should be filed under seal because they contain confidential information protected under the Court's Protective Order entered December 8, 2004.

1  IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

3  Dated: October 19, 2006                    VINSON & ELKINS, LLP

4                                             /s/ *Christopher V. Ryan*
                                                  Christopher V. Ryan

6                                             Attorneys for Advanced Micro Devices, Inc.

7                                             KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC

9                                             /s/ *Patrick Curran*
                                                  Patrick Curran

11                                            Attorneys for Oki America, et al.

14  IT IS SO ORDERED.

16  Dated: October 19, 2006                    _____
                                               Charles R. Breyer
                                               United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*