IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OKI AMERICA, INC., et al.,

    Plaintiffs,

    v.

ADVANCED MICRO DEVICES, INC.,

    Defendant.

_____/

AND RELATED COUNTERCLAIMS

_____/

No. C 04-03171 CRB

**ORDER**

    Oral argument on the parties' partial summary judgment motions is scheduled for hearing at 2:00 p.m. on Monday, November 6, 2006. At oral argument, the parties should also include in their discussion the issue raised by the following question.

Re the Patel patent (US Patent No. 4,737,830):

2.     (c) Assuming that claim 1 is anticipated by, and claim 2 obvious over the Fujii patent, then is, or is not claim 5 obvious over the Fujii patent?

    **IT IS SO ORDERED.**

Dated: November 3, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3171\orderresjquestions2b.wpd