IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI AMERICA, INC., et al, | No. C 04-03171 CRB |
| Plaintiffs/Counterdefendants, | **ORDER** |
| v. | |
| ADVANCED MICRO DEVICES, INC., | |
| Defendant/Counterclaimant. | |

Now pending before the Court are the parties' memoranda regarding the Court's consideration of an article Oki produced at oral argument on the summary judgment motions. In deciding the summary judgment motions, the Court will consider only the evidence which was submitted to the Court in accordance with Federal Rule of Civil Procedure 56. AMD's motion to supplement is therefore DENIED as moot.

**IT IS SO ORDERED.**

Dated: Nov. 13, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3171\orderrearticle.wpd