# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **OKI AMERICA, INC., ET AL.,** | **C04-03171-CRB** |
| **PLAINTIFF,** | |
| VS. | **STIPULATION TO SHORTEN TIME ON AMD'S MOTION TO REALIGN THE PARTIES** |
| **ADVANCED MICRO DEVICES, INC.,** | |
| **DEFENDANT.** | **DEMAND FOR JURY TRIAL** |
| **ADVANCED MICRO DEVICES, INC.,** | |
| **COUNTERCLAIMANT,** | |
| VS. | |
| **OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,** | |
| **COUNTER-DEFENDANTS.** | |

WHEREAS, on November 15, 2006, AMD filed its Motion to Realign the Parties;

WHEREAS, in the interest of judicial economy, the parties have agreed to setting this motion for hearing at the pre-trial conference on December 5, 2006 at 2:30 p.m.;

WHEREAS, the parties have agreed that Oki will file its response to AMD's Motion to Realign the Parties on November 27, 2006; and

WHEREAS, the parties have agreed that AMD will file its reply, if any, to Oki's opposition on December 1, 2006.

IT IS HEREBY STIPULATED AND AGREED by and between all parties, subject to approval by the Court, that AMD's Motion to Realign the Parties be set for hearing on December 5, 2006 at 2:30 p.m., that Oki will file its response to AMD's motion on or before November 27, 2006, and that AMD will file its reply, if any, to Oki's opposition on or before December 1, 2006.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

Dated: November 15, 2006		VINSON & ELKINS, L.L.P.

		/s/ *David P. Blanke*

		Attorney for Advanced Micro Devices, Inc.

		KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC

		/s/ *John Christopher Rozendaal*

		Attorney for Oki America, et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: November 17, 2006		_____
		Charles R. Breyer
		United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Austin 765315v.1