VINSON & ELKINS L.L.P.
WILLEM G. SCHUURMAN (admitted *pro hac vice*)
DAVID E. KILLOUGH (State Bar No. 110719)
ADAM V. FLOYD (admitted *pro hac vice*)
CHRISTOPHER V. RYAN (admitted *pro hac vice*)
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX  78746
Tel: (512) 542-8428
Fax: (512) 236-3253

RONALD A. JOHNSTONE (State Bar No. 203483)
AMD Law Department
One AMD Place
1160 Kern Avenue M/S 68
Sunnyvale, California  94086
Tel:  (408) 749-3756
Fax: (408) 774-7002

Attorneys for Advanced Micro Devices, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OKI AMERICA, INC., ET AL.,**<br>**PLAINTIFF,**<br>VS.<br>**ADVANCED MICRO DEVICES, INC.,**<br>**DEFENDANT.**<br>**ADVANCED MICRO DEVICES, INC.,**<br>**COUNTERCLAIMANT,**<br>VS.<br>**OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,**<br>**COUNTER-DEFENDANTS.** | **C04-03171-CRB**<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING PROJECTION TECHNOLOGY INTO THE COURT** |

Counsel for Defendant Advanced Micro Devices, Inc. ("AMD") hereby requests the Court's permission to bring equipment into the Federal Courthouse for use in presenting exhibits and evidence during trial set to begin on Monday, December 11, 2006 in the courtroom of the Honorable Charles R. Breyer, Courtroom 8, 19th Floor.  AMD intents to bring laptop computers for connection into the projection equipment.  AMD therefore seeks leave of the Court to bring laptop computers, an electronic projector, a projection screen, two easels for presentation of demonstrative exhibits and the necessary cables to connect the above equipment into the courthouse on Friday, December 8, 2006.

Dated:  December 1, 2006        Respectfully submitted,

/s/ Christopher V. Ryan
VINSON & ELKINS, L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas  78746
Tel: (512) 542-8400
Fax: (512) 542-8612

Attorneys for Advanced Micro Devices, Inc.

**IT IS SO ORDERED.**

Dated:  December _04_, 2006

Judge Charles R. Breyer
United States District



-2-
C04-03171-CRB
MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING PROJECTION TECHNOLOGY INTO THE COURT