IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKI AMERICA, INC., et al, | No. C 04-03171 CRB |
|     Plaintiffs/Counterdefendants, | **ORDER** |
|     v. | |
| ADVANCED MICRO DEVICES, INC., | |
|     Defendant/Counterclaimant.     / | |

    Now pending before the Court is Oki's motion for leave to file a motion for reconsideration of the Court's denial of Oki's motion for summary judgment of invalidity of AMD's '732 patent. Oki's motion is DENIED. First, the Court previously considered and addressed Oki's arguments with respect to the illustration in Thomas. Second, the Dixit Patent *explicitly* disclaims holes large enough to be filled by sputtering techniques without a step coverage problem. '732 1:42-43 ("To overcome this problem, a plug of a conducting material may be used to fill the contact").

    **IT IS SO ORDERED.**

Dated: Dec. 5, 2006

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28