1 | DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
2 | MELINDA M. MORTON, State Bar No. 209373
mmorton@be-law.com
3 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
4 | San Jose, CA 95110-2712
Telephone:  (408) 291-6200
5 | Facsimile:   (408) 297-6000

6 | MARK C. HANSEN, *pro hac vice*
mhansen@khhte.com
7 | J.C. ROZENDAAL *pro hac vice*
jrozendaal@khhte.com
8 | KELLOGG, HUBER, HANSEN, TODD,
EVANS, & FIGEL, PLLC
9 | Sumner Square
1615 M Street, NW, Suite 400
10 | Washington, DC 20036
Telephone:  (202) 326-7900
11 | Facsimile:   (202) 326-7999

12 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION, and OKI DATA AMERICAS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED MICRO DEVICES, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. C04-03171-CRB-JL <br><br> **OKI'S MISCELLANEOUS ADMINISTRATIVE REQUEST SEEKING PERMISSION TO BRING TECHNOLOGY INTO THE COURT** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: The Honorable Charles R. Breyer |
|---|---|

Counsel for Plaintiffs Oki America, Inc.; Oki Electric Industry Co., Ltd.; Oki Data Corporation; and Oki Data Americas, Inc. (collectively, "Oki") hereby requests the Court's permission to bring equipment to the Federal Courthouse for use in presenting exhibits and evidence during the trial set to begin on Monday, December 11, 2006 in the courtroom of the Honorable Charles R. Breyer, Courtroom 8, 19th Floor.  Oki intends to bring projection equipment, laptop computers for connection to the projection equipment, projection screens, an electronic A/V switching unit, speakers, miscellaneous AV cables, flat-panel monitors, an overhead projector, an ELMO, easels for presentation of demonstrative exhibits, and a small table.  Oki therefore seeks leave of the Court to bring projection equipment, laptop computers for connection to the projection equipment, projection screens, an electronic A/V switching unit, speakers, miscellaneous AV cables, flat-panel monitors, an overhead projector, an ELMO, easels for presentation of demonstrative exhibits, a small table, and the necessary cables to connect the above equipment into the courthouse on Friday, December 8, 2006.

Dated:  December 4, 2006

By:   /s/

DANIEL J. BERGESON
MELINDA M. MORTON
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036

Attorneys for Plaintiffs
OKI AMERICA, INC. *et al.*

1 **IT IS SO ORDERED.**

3  Dated: December 6, 2006          By: _____
                                        Judge Charles R. Breyer
                                        District Court Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" with signature of Judge Charles R. Breyer]*