# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| OKI AMERICA, INC., ET AL., | C04-03171-CRB |
| PLAINTIFF, | |
| vs. | STIPULATION TO REMOVE DOCKET ENTRIES 637 AND 666 |
| ADVANCED MICRO DEVICES, INC., | |
| DEFENDANT. | |
| ADVANCED MICRO DEVICES, INC., | |
| COUNTERCLAIMANT, | |
| vs. | |
| OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC., | |
| COUNTER-DEFENDANTS. | |

WHEREAS, on December 7, 2006, the parties settled the case; and

WHEREAS, AMD had previously filed its Motion for Relief from February 6, 2006 Order at paper 637 on December 1, 2006; and

WHEREAS, AMD had previously filed its Motion for Leave to File Document Under Seal at paper 666 on December 6, 2006; and

WHEREAS, AMD now seeks to remove papers 637 and 666 which are now moot.

IT IS HEREBY STIPULATED AND AGREED by and between all parties that papers 637 and 666 be removed from the docket.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

|   |   |
|---|---|
|   | VINSON & ELKINS, LLP |
| Dated: December 12, 2006 | /s/ *Nick Schuneman* |
|   | Nick Schuneman |
|   | Attorneys for Advanced Micro Devices, Inc. |
|   | KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC |
|   | /s/ *Rebecca Beynon* |
|   | Rebecca Beynon |
|   | Attorneys for Oki America, et al. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: __December 14, 2006_____   _____
Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*