**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **OKI AMERICA, INC., ET AL.,**<br><br>PLAINTIFF,<br><br>VS.<br><br>**ADVANCED MICRO DEVICES, INC.,**<br><br>DEFENDANT.<br>――――――――――――――――<br>**ADVANCED MICRO DEVICES, INC.,**<br><br>COUNTERCLAIMANT,<br><br>VS.<br><br>**OKI AMERICA, INC., OKI ELECTRIC INDUSTRY CO., LTD., OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,**<br><br>COUNTER-DEFENDANTS. | **C04-03171-CRB**<br><br>**STIPULATION TO MODIFY ORDER OF DISMISSAL** |

WHEREAS, on December 7, 2006, the parties settled the case; and

WHEREAS, AMD and Oki agreed to settle and dismiss the above captioned action *with* prejudice; and

WHEREAS, on December 12, 2006, the Court issued an Order of Dismissal at paper no. 682 dismissing the case *without* prejudice; and

WHEREAS, the parties therefore, respectfully request that the Court re-issue its Order of Dismissal to dismiss the above captioned case with prejudice to reflect the parties' agreement.

IT IS HEREBY STIPULATED AND AGREED by and between all parties that, in light of the agreement embodied in the Sealed Transcript of Confidential Proceedings in Judge Spero's Court dated December 7, 2006, the case be dismissed with prejudice.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

VINSON & ELKINS, LLP

Dated: January 19, 2007         /s/ *Willem G. Schuurman*
                                    Willem Schuurman

Attorneys for Advanced Micro Devices, Inc.

KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC

/s/ *J.C. Rozendaal*
    John C. Rozendaal

Attorneys for Oki America, et al.

The parties hereto, by stipulation, having advised the Court that they have agreed to a settlement of this case,

**IT IS HEREBY ORDERED** that this case be dismissed with prejudice.

Dated: January 23, 2007         _____
                                CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-2-
C04-03171-CRB
STIPULATION TO MODIFY ORDER OF DISMISSAL AND ORDER OF DISMISSAL